UNITED STATES of America, Plaintiff—Appellee,

v.

Eduardo Pano CANO, aka Eduardo Cano Pano, Defendant—Appellant.

No. 04–10294.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 23, 2005.

Lori Harper Suek, Esq., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff-Appellee.

Evangelo Arvanetes, Federal Defenders of Montana, Great Falls, MT, for Defendant-Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

188

Laurel J. Montoya, Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Victor M. Chavez, AFPD, Federal Public Defender's Office, Fresno, CA, for Defendant–Appellant.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

## MEMORANDUM **

Eduardo Pano Cano appeals the 188–month sentence imposed following his guilty-plea conviction for conspiracy to manufacture and distribute methamphetamine, and aiding and abetting in violation of 21 U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. § 2. We have jurisdiction under 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.